B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brown, Robert R** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Brown, Constance M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6480** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4611** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3 Regent Court**<br>**Burr Ridge, IL**　　　　　　　ZIP Code **60527** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3 Regent Court**<br>**Burr Ridge, IL**　　　　　　　ZIP Code **60527** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>　　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7　　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(1/08)**                                                                                               Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Brown, Robert R**<br>**Brown, Constance M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**06-10787** | Date Filed:<br>**8/31/06** |
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**06-6418** | Date Filed:<br>**6/02/06** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ David Madden                          March 18, 2010**<br>Signature of Attorney for Debtor(s)              (Date)<br>**David Madden** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Brown, Robert R**
**Brown, Constance M**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert R Brown**
Signature of Debtor **Robert R Brown**

X **/s/ Constance M Brown**
Signature of Joint Debtor **Constance M Brown**

Telephone Number (If not represented by attorney)

**March 18, 2010**
Date

### Signature of Attorney*

X **/s/ David Madden**
Signature of Attorney for Debtor(s)

**David Madden**
Printed Name of Attorney for Debtor(s)

**Hanson Peters Nye**
Firm Name

**1000 Hart Road**
**Suite 300**
**Barrington, IL 60010**
Address

**Email: davidmadden@hpnlaw.com**
**847-277-9988  Fax: 847-277-7339**
Telephone Number

**March 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert R Brown**
**Constance M Brown**

Debtor(s)

Case No.

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert R Brown**
                            **Robert R Brown**

Date:    **March 18, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Robert R Brown**
**Constance M Brown**
_____
Debtor(s)

Case No. _____
Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Constance M Brown**
                           **Constance M Brown**

Date:   **March 18, 2010**

Robert R Brown
Constance M Brown
3 Regent Court
Burr Ridge, IL 60527

David Madden
Hanson Peters Nye
1000 Hart Road
Suite 300
Barrington, IL 60010

147TH & PULASKI CURRENCY EXCHANGE INC.
c/o Bonnie Schoenberg
425 Huehl Road, Building 3
Northbrook, IL 60062

Activity Collection Service
Acct No xxxxxx4342
664 N. Milwaukee Ave.
Prospect Heights, IL 60070

Adventist Hinsdale Hospital
Acct No xxxxxx3868
PO Box 9247
Hinsdale, IL 60522-9247

Advocate Christ Medical Center
Acct No xxxxxxx0048
4440 West 95th Street
Oak Lawn, IL 60453

Allied Interstate Inc
Acct No xxxxxx4710
3000 Corporate Exchange Drive
Columbus, OH 43231

Allied Interstate Inc
Acct No xxxxxx6284
3000 Corporate Exchange Drive
Columbus, OH 43231

Allied Waste North America, Inc.
Acct No xxxx xx xx7384
c/o C T CORPORATION SYSTEM (reg'd agent)
208 S LASALLE ST, SUITE 814
Chicago, IL 60604

Alverno Clinical Laboratories LLC
Acct No xxxxxxxx9902
555 West Court Street, Ste. 300
Kankakee, IL 60901

Alverno Clinical Laboratories LLC
Acct No xxxxxxxx8702
555 West Court Street, Ste. 300
Kankakee, IL 60901

Antonietti and Associates
1461 Ring Road
Calumet City, IL 60409

Arrow Financial Services
Acct No xxxxxx2598
5996 W. Touhy Avenue
Niles, IL 60714

Asset Acceptance, LLC
Acct No xxxxxx7007
PO Box 2036
Warren, MI 48090

AT&T
Acct No xxxxxxxxxx5416
Bankruptcy Department
PO Box 769
Arlington, TX 76004

Barr Management
Associated Currency Exchanges
6408 N. Western Avenue
Chicago, IL 60645

Berwyn Police Department
Acct No x-xx3-194
Collection Department
6401 W 31st St
Berwyn, IL 60402

Berwyn Police Department
Acct No x-xx3-195
Collection Department
6401 W 31st St
Berwyn, IL 60402

Bonnie J. Schoenberg
Attorney at Law
425 Huehl Road, Bldg. 3
Northbrook, IL 60062

California Student Aid
Acct No xxxxxx2384
PO Box 419026
Rancho Cordova, CA 95741-9026

California Student Aid
Acct No xxxxxx2385
PO Box 419026
Rancho Cordova, CA 95741-9026

California Student Aid
Acct No xxxxxx8723
PO Box 419026
Rancho Cordova, CA 95741-9026

California Student Aid
Acct No xxxxxx6969
PO Box 419026
Rancho Cordova, CA 95741-9026

California Student Aid
Acct No xxxxxx6970
PO Box 419026
Rancho Cordova, CA 95741-9026

California Student Aid
Acct No xxxxxx8722
PO Box 419026
Rancho Cordova, CA 95741-9026

California Student Aid
Acct No xxxxxx6309
PO Box 419026
Rancho Cordova, CA 95741-9026

Carper, Michael G. and Tamara S.
Acct No xxxxx-xxxx-xx-2893
c/o Douglas Koeppen & Hurley
PO Box 209
Valparaiso, IN 46384

CBUSA Inc
Acct No xxxxxx6412
5252 Hohman Avenue
Hammond, IN 46320

City of Chicago
Acct No xxxxxx5790
Department of Revenue, Bureau of Parking
Bankruptcy, 333 S State Street, Ste 540
Chicago, IL 60604

City of Chicago
Acct No xxxxxx3910
Department of Revenue, Bureau of Parking
Bankruptcy, 333 S State Street, Ste 540
Chicago, IL 60604

Collection
Acct No xxxxxx0041
PO Box 9136
Needham, MA 02494

Comcast
Acct No xxxxxxxxxxxx1543
155 Industrial Drive
Elmhurst, IL 60126-1618

ComEd Company
Acct No xxxxxx2012
Customer Care Center Building
Attn Revenue Mgt Dept 2100 Swift Dr
Oak Brook, IL 60523

ComEd Company
Acct No xxxxxx0029
Customer Care Center Building
Attn Revenue Mgt Dept 2100 Swift Dr
Oak Brook, IL 60523

ConServe
Acct No xxxxxx2984
200 CrossKeys Office Park
P.O. Box 7
Fairport, NY 14450-0007

Continental Finance Company, LLC
Acct No xxxx-xxxx-xxxx-6813
PO Box 8099
Newark, DE 19714-8099

Contract Callers Inc.
Acct No xxxxxx9964
1058 Claussen Road, Ste. 110
Augusta, GA 30907

Credit Protection Association
Acct No xxxxxx8061
13355 Noel Road, Ste. 2100
Dallas, TX 75240

Credit Protection Association
Acct No xxxxxx9749
13355 Noel Road, Ste. 2100
Dallas, TX 75240

Creditors Collection Bureau, Inc.
Acct No xxxxxx8685
P.O. Box 63
Kankakee, IL 60901

Creditors Collection Bureau, Inc.
Acct No xxxxxx0239
P.O. Box 63
Kankakee, IL 60901

CUSTOM CARPET
c/o KEVIN HAMER (registered agent)
10 BUSH STREET
Valparaiso, IN 46383

Department of the Treasury, IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Dependon Collection Service
Acct No xxxxxx9945
PO Box 4833
Oak Brook, IL 60523

Dependon Collection Service
Acct No xxxxxx7056
Attn: Bankruptcy Department
PO Box 4833
Oak Brook, IL 60523

Dr. Todd Molis
Acct No xxxxxx8809
375 W. 83rd Street
Burr Ridge, IL 60527

DuPage Pathology Associates, S.C.
Acct No xxxxxxxxxx9594
520 E. 22nd St.
Lombard, IL 60148

Duvall, Gregory A.
Acct No xx x xx0377
c/o James G. Uzzell
39 S LaSalle St, Suite 725
Chicago, IL 60603

EdFund
Acct No xxxxxxx xxxxxxxxxxxx9012
PO Box 19309
Indianapolis, IN 46219

FINANCIAL CREDIT
c/o MCMAHAN & SIGUNICK LTD
412 S WELLS 6TH FL
Chicago, IL 60607

Firstsource Financial Solutions
Acct No xxxxxx4219
1900 W. Severs Road
La Porte, IN 46350

Fresh Start Produce
c/o ALBERT LAW FIRM PC
205 W RANDOLPH STE 920
Chicago, IL 60606

Griegers Motor Sales
1756 US 30 West
Valparaiso, IN 46385

Groot Industries, Inc.
Acct No xxxxxx0313
PO Box 92198
Elk Grove Village, IL 60009-2198

Guardian Pest Control, Inc.
3045 45TH ST
Highland, IN 46322

Hearthstone Heating & Air Conditioning
Acct No xxxxxxx6002
105 W. 61st. Street
Westmont, IL 60559

Illinois Collection Service
Acct No xxxxxx9802
8231 W. 185th St., Ste. 100
Tinley Park, IL 60487

Illinois Collection Service
Acct No xxxxxx0861
8231 W. 185th St., Ste. 100
Tinley Park, IL 60487

Illinois Collection Service
Acct No xxxxxx5452
8231 W. 185th St., Ste. 100
Tinley Park, IL 60487

Illinois Collection Service
Acct No xxxxxx5453
8231 W. 185th St., Ste. 100
Tinley Park, IL 60487

Illinois Department of Revenue
Acct No xxxxxx1925
Bankruptcy Section, Level 7-425
100 W. Randolph Street
Chicago, IL 60601

Illinois Tollway
Acct No xxxxxxx3822
PO Box 5201
Lisle, IL 60532-5201

Illinois Tollway
Acct No xxxxxxx3158
PO Box 5201
Lisle, IL 60532-5201

Illinois Tollway
Acct No xxxxxxx9638
PO Box 5201
Lisle, IL 60532-5201

Joel C. Zimmerman & Assoc., Ltd.
Acct No xxxxxxxxxx
18400 Maple Creek Drive
Suite 900
Tinley Park, IL 60477

Kerkstra's Cleaners
Acct No xxxxxx2400
102 Burr Ridge Pkwy
Burr Ridge, IL 60521

Linebarger Goggan Blair & Sampson LLP
Acct No xxxxxxx2880
PO Box 06140
Chicago, IL 60606-0140

Lou Harris & Co.
Acct No xxxxxx0005
613 Academy Drive
Northbrook, IL 60062-2420

Madonick, Arthur
Acct No xxxx-xx-3405
c/o Louis E Siciliano Chartered
2050 Ridge Road
Homewood, IL 60430

Mages & Price
Acct No xxxxxx7001
707 Lake Cook Road
Suite 314
Deerfield, IL 60015

Mages & Price
Acct No xxxxxx8001
707 Lake Cook Road
Suite 314
Deerfield, IL 60015

Mages & Price
Acct No xx xx 1008
707 Lake Cook Road
Suite 314
Deerfield, IL 60015

Medical Business Bureau
Acct No xxxxxx6OAW
1460 Renaissance Drive
Park Ridge, IL 60068

Medical Recovery Specialists
Acct No xxxxxx2033
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx2570
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx3087
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx1301
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx8271
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx7660
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx9598
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

```
Medical Recovery Specialists
Acct No xxxxxx5086
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx3931
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx2138
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Medical Recovery Specialists
Acct No xxxxxx2573
2250 E. Devon Avenue
Suite 352
Des Plaines, IL 60018-4519

Merchants' Credit Guide Co.
Acct No xxxxxx0172
223 W. Jackson Blvd.
Chicago, IL 60606

Merchants' Credit Guide Co.
Acct No xxxxxx0807
223 W. Jackson Blvd.
Chicago, IL 60606

Merchants' Credit Guide Co.
Acct No xxxxxx0320
223 W. Jackson Blvd.
Chicago, IL 60606

Merchants' Credit Guide Co.
Acct No xxxxxx4245
223 W. Jackson Blvd.
Chicago, IL 60606

Merrionette Park Physicians Group
Acct No xxxxxx2536
4040 W 111th St
Oak Lawn, IL 60453

Midstate Collection Solutions, Inc.
Acct No xxxxxx1318
PO Box 3292
Champaign, IL 61826
```

Midwest Animal Hospital
Acct No xxxxxxx7107
11205 183rd Place
Orland Park, IL 60467

Milton A Svec Associates
Acct No xxxx xx xx7384
10526 W Cermak Rd
Suite 114
Westchester, IL 60154-5240

Milwaukee-California Currency Exchange
Acct No xx xx xx3859
c/o GARY L. PLOTNICK (registered agent)
222 N LASALLE ST STE 1910
Chicago, IL 60601

MiraMed Global Services, Inc.
Acct No xxxxxx007
255 West Michigan Avenue
Jackson, MI 49201

Miranda, Sara and Angel
5133 W 99th St
Oak Lawn, IL 60453

Moraine Valley Community College
9000 W College Parkway
Palos Hills, IL 60465

Mutual Hospital Services, Inc.
Acct No xxxxxx9058
2525 N. Shadeland
Suite 101
Indianapolis, IN 46219

Mystery Guild
Acct No xxxxxx4933
PO Box 988
Harrisburg, PA 17108

NCO Financial Systems, Inc.
Acct No xxxxxx0006
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
Acct No xxxxxx1889
507 Prudential Road
Horsham, PA 19044

Nicor Gas
Acct No xxxxxxx8957
PO Box 2020
Aurora, IL 60507-2020

```
Nicor Gas
Acct No xxxxxx7007
PO Box 2036
Warren, MI 48090

Nicor Gas
Acct No xxxxxx6291
PO Box 2020
Aurora, IL 60507-2020

Nicor Gas
Acct No xxxx-xx-xx1724
Bankruptcy Department
PO Box 190
Aurora, IL 60507

Northwest Collectors Inc.
Acct No xxxxxx7505
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008

Oak Lawn Animal Hospital
Acct No xxxxxxxxxxx5018
Attn: Accounts Receivable
9244 S. Cicero Avenue
Oak Lawn, IL 60453

Oburrdale Inc.
Acct No xxxxxx8669
7630 Hamilton
Burr Ridge, IL 60527

Oburrdale Inc.
Acct No xxxxxx9026
7630 Hamilton
Burr Ridge, IL 60527

Parkview Orthopaedic Group, S.C.
Acct No xxxxxx3113
7600 West College Drive
Palos Heights, IL 60463

Patricia M. Fennell Ltd
Acct No xxxx-xx-xx1724
4749 Lincoln Mall Dr 202
Matteson, IL 60443-3807

Penn Credit Corporation
Acct No xxxxxxx4482
PO Box 988
Harrisburg, PA 17108-0988
```

Petti Murphy & Associates
Acct No xxxxxx0966
1100 Ravinia Place
Orland Park, IL 60462

PLS CHECK CASHERS-AURORA LAKE, INC.
c/o BURKELAW AGENTS, INC (reg'd agent)
330 N WABASH AVENUE 22ND FLOOR
Chicago, IL 60611

PLS Check Cashing Stores
300 N. Elizabeth St.
Chicago, IL 60607

Premiere Credit of North America, LLC
Acct No xxxxxxxxxxxxx1418
Department 716
PO Box 4115
Concord, CA 94524

Proctor, Melanie
4825 Warbler Ave
Cortland, IL 60112

Professional Account Management
Acct No xxxxxx3075
633 W. Wisconsin Ave, Ste 1600
Milwaukee, WI 53203

Pronger Smith MedicalCare
Acct No xxxxxx2424
2320 West High Street
Blue Island, IL 60406

Radiological Physicians, LTD
Acct No xxxxxxxxx2701
PO Box 2150
Bedford Park, IL 60499-2150

Receivables Management, Inc.
Acct No xxxxxx2050
3348 Ridge Road
Lansing, IL 60438

Richard J. Kaplow
808 Rockefeller Bldg.
614 Superior Avenue N.W.
Cleveland, OH 44113-1368

Robert Bair Services
Acct No xxxxxx7142
447 Rogers Street
Downers Grove, IL 60515

```
Robet G. Strnad, MD LTD
Acct No xxxxxxO000
353 E. Burlington
Suite 202
Riverside, IL 60546

Russel G Winick & Associates, P.C.
Acct No xxxxxx8560
1220 Iroquois Ave
Suite 100
Naperville, IL 60563

Sabbia, Anthony
Acct No xx xx x1458
c/o Law Office of Robert M. Boyak
3104 West Glenwood Avenue
Joliet, IL 60435-4946

Sorman & Frankel, Ltd.
Acct No xx xx xx3859
203 N LaSalle St
Ste 2350
Chicago, IL 60601

Sorman & Frankel, Ltd.
203 N LaSalle St
Ste 2350
Chicago, IL 60601

Sprint Customer Service
Acct No xxxxxx5392
PO Box 8077
London, KY 40742

State Collection Service, Inc.
Acct No xxxxxx6448
2509 S Stoughton Rd
Madison, WI 53716

Stephens Plumbing and Heating, Inc.
Acct No xxxxxx0005
747 Ogden Avenue
Downers Grove, IL 60515

SunnySide Lawn Care Corp.
5211 S. Kilpatrick
Chicago, IL 60632

Terra Care Landscaping
PO Box 445
North Aurora, IL 60542
```

Transworld Systems
Acct No xxxxxxxxxxx5018
PO Box 1864
Santa Rosa, CA 95402

United Collection Bureau, Inc.
Acct No xxxxxx4071
5620 Southwyck Blvd
Ste. 206
Toledo, OH 43614

US Cellular
Acct No xxxxxxx2048
PO Box 7835
Madison, WI 53707-7835

Uscb Corporation
Acct No xxxxxx5881
101 Harrison Street
Archbald, PA 18403

Verizon Wireless
Acct No xxxxxxxxx-x0001
777 Big Timber Road
Elgin, IL 60123

Village of Hinsdale
Acct No xxxxxx3387
PO Box 457
Wheeling, IL 60090

Waste Management
Acct No xxxxxxxxxxx0094
2625 W Grandview Road
Phoenix, AZ 85023

West Asset Management
Acct No xxxxxx6860
2703 N Highway 75
Sherman, TX 75090

Willowbrook Currency Exchange, Inc.
Acct No xx xx 1008
c/o HELEN M JENSEN (registered agent)
200 W ADAMS ST STE 2500
Chicago, IL 60606

Woodridge CX
1202-F 75th Street
Downers Grove, IL 60516

Young Orthodontic Associates, Ltd.
Acct No xxxxxx5033
5455 Wolf Road
Western Springs, IL 60558

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                              )   Chapter **7**
    **Robert R Brown**          )   Bankruptcy Case No.
    **Constance M Brown**       )
                                )
                                )
    Debtor(s)                   )

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

**PART I - DECLARATION OF PETITIONER**      Date:   March 17, 2010
A.      To be completed in all cases.

    I(We)   **Robert R Brown**   and   **Constance M Brown**  , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, and Application for Waiver of the Chapter 7 Filing Fee, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B.      To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐      I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.      To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☐      I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____     Signature  _____
    **Robert R Brown**                              **Constance M Brown**
    (Debtor or Corporate Officer, Partner or Member)              (Joint Debtor)